**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

JURY NOTE

Note Number: __1__        Case Number: __15-CR-318__

Dear Judge Bennett:

☐   We would like to take a break until ____:____ .

☐   We have reached a verdict.

☑   We need 2 more copies of the final instructions

*SIGNATURE REDACTED*

Foreman

*If you need to communicate with the judge,
please complete this form and hand it to the marshal.*