# United States District Court     Southern District of Texas

## Jury Note

Note Number: 2

Case Number: _____

Dear Judge Bennett:

☐ We would like to take a break until ___:___ .

☐ We have reached a verdict.

☑ We want to know if in count 1 - first statement page 17 - is this specific to the defendant? As "defendant" or her name is not mentioned. Would she have to be one of the two in agreement to defraud Healthcare?

SIGNATURE REDACTED

Foreman

*If you need to communicate with the judge,
please complete this form and hand it to the marshal.*